UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ming S. Shiue,

      Petitioner,

vs.                                                                                    ORDER

Anoka County 10th Judicial
District Court,

      Respondent.                                        Civ. No. 16-1341 (MJD/LIB)

* * * * * * * * * * * * * * * * *

The above-entitled matter comes before the Court on Petitioner's objections to the Report and Recommendation of Magistrate Judge Leo I. Brisbois dated December 8, 2016 in which he recommends the Court dismiss the petition for habeas relief.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court adopts the Report and Recommendation and will dismiss the petition.

Accordingly,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus, [Docket No. 1], is **DISMISSED for lack of jurisdiction**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 2, 2017                    s/ Michael J. Davis
                                                                                       Michael J. Davis
                                                                                       United States District Court